**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

    Debtor.                                   Chapter 7

_____/

AARON R. COHEN, Chapter 7 Trustee,

                                 Adv. No. 3:26-ap-00031-BAJ

    Plaintiff,

v.

TCF ASSOCIATES, LLC, a South
Carolina limited liability company,

    Defendant.

_____/

### <u>MOTION FOR ENTRY OF DEFAULT BY CLERK</u>

Plaintiff, Aaron R. Cohen, Chapter 7 Trustee (the "<u>Plaintiff</u>" or "<u>Trustee</u>"), by and through undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 7055 and Local Rule 7055-2, Local Rules for the United States Bankruptcy Court, Middle District of Florida, moves for entry of a default against Defendant, TCF Associates, LLC ("<u>TCF</u>"), for failure to timely file a responsive pleading as required by law, and as grounds therefore states:

1.      The Trustee filed his Complaint (the "<u>Complaint</u>") on February 17, 2026.

2.      A Summons was issued by the Clerk on February 18, 2026.

3.      A copy of the Complaint and Local Rule 7001-1 together with the Summons were served on February 18, 2026, by U.S. mail to TCF Attn. Lena Didier, its Registered Agent, 118 McClellan Way, Summerville, SC 29483.

4.      Timely service was duly effectuated in compliance with the Federal Rules of Bankruptcy Procedure.

5.      TCF has failed to submit a responsive pleading to the Complaint within the time period prescribed by law.

6.      No extension of time for serving such a pleading has been sought or obtained by TCF.

7.      Rule 7055, Federal Rules of Bankruptcy Procedure, states that Rule 55, Federal Rules of Civil Procedure, applies to defaults and entries of default.  Rule 55, Federal Rules of Civil Procedure, in turn, states that a default may be entered when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that fact is made to appear by affidavit or otherwise.  Upon such showing, the clerk of the court is authorized to enter a default.

WHEREFORE, Plaintiff, Aaron R. Cohen, Chapter 7 Trustee, moves for entry of default against Defendant, TCF Associates, LLC, and for any other relief this Court deems just and equitable.

Dated:  April 2, 2026                              AKERMAN LLP

By: */s/ Raye C. Elliott*
      Raye C. Elliott, Esq.
      Florida Bar Number: 018732
      Email: raye.elliott@akerman.com
      401 East Jackson Street, Suite 1700
      Tampa, FL 33602
      Phone:  (813) 223-7333
      Fax:  (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

86030948;1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by United States mail, postage prepaid and properly addressed, on April 2, 2026, to:

TCF Associates, LLC,
Attn. Lena Didier, its Registered Agent
118 McClellan Way
Summerville, SC 29483

*/s/ Raye C. Elliott*
Attorney

86030948;1