**ORDERED.**

**Dated:  April 16, 2026**

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                     Case No.: 3:24-bk-00496-BAJ

    Debtor.                                              Chapter 7

_____/


AARON R. COHEN, Chapter 7 Trustee,

    Plaintiff,                                           Adv. No. 3:26-ap-00031-BAJ

v.

TCF ASSOCIATES, LLC, a South
Carolina limited liability company,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

THIS PROCEEDING came before the Court upon the Motion (the "Motion") (Adv. Doc. 7) of Plaintiff, Aaron R. Cohen, as Chapter 7 Trustee, for Entry of a Final Default Judgment against Defendant, TCF Associates, LLC ("TCF").  A Default was entered by the Clerk on April 7, 2026, against TCF for failing to serve or file any pleading or responsive motion to the Complaint (the "Complaint").  A Declaration was attached to the Motion in support of the allegations set forth in

86176857;1

2

the Complaint pursuant to Rule 7055-2 of the Local Rules of the United States Bankruptcy Court

for the Middle District of Florida.  Accordingly, it is

>**ORDERED:**

>1.      The Motion is **GRANTED**.

>2.      In accordance with Fed. R. Bankr. P. 9021, the Court is contemporaneously

entering a separate judgment.


Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not
receive service by CM/ECF and to file a proof of service within three days of entry of this order.

2