**ORDERED.**

**Dated:  April 17, 2026**

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                          Case No.: 3:24-bk-00496-BAJ

    Debtor.                                                      Chapter 7

_____/

AARON R. COHEN, Chapter 7 Trustee,

                                              Adv. No. 3:26-ap-00031-BAJ

    Plaintiff,

v.

TCF ASSOCIATES, LLC, a South
Carolina limited liability company,

    Defendant.

_____/

**FINAL DEFAULT JUDGMENT AGAINST DEFENDANT, TCF ASSOCIATES, LLC**

THIS PROCEEDING came before the Court on the Motion of Plaintiff, Aaron R. Cohen, Chapter 7 Trustee, for a Final Default Judgment Against Defendant (Adv. Doc. 7).  Based upon the Default (Adv. Doc. 5) entered by the Clerk on April 7, 2026, against Defendant, TCF Associates, LLC ("TCF"), for failure to serve or file any paper in response to the Complaint (Adv.

86176855;1

Doc. 1) (the "Complaint") as required by law, the Declaration of Aaron R. Cohen, Chapter 7 Trustee (the "Trustee's Declaration"), and there appearing sufficient cause, the Court hereby,

**FINDS AND ORDERS:**

1.     On February 17, 2026, the Trustee filed the Complaint against Defendant, TCF, to recover the transfer of certain property.

2.     A Summons was issued by the Clerk on February 18, 2026.

3.     A copy of the Complaint and Local Rule 7001-1 together with the Summons were served on February 18, 2026, by U.S. mail to TCF Attn. Lena Didier, its Registered Agent, 118 McClellan Way, Summerville, SC 29483.

4.     No responsive pleading or motion has been filed by TCF within the time specified by Rule 7012, Federal Rules of Bankruptcy Procedure, and no extension of time was sought or obtained by TCF.

5.     On April 7, 2026, a Default was entered by the Clerk against TCF (Adv. Doc. 5).

6.     As a result of TCF's default, each and every allegation set forth in the Complaint, which are incorporated by reference herein, is deemed admitted by TCF.  *See*, e.g., *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009) (quoting *Nishimatsu Constr. Co. v. Houston Nat't Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975) ("A 'defendant, by his default, admits the plaintiff's well-pleaded allegations of fact, is concluded on those facts by the judgment, and is barred form contesting on appeal the facts thus established.'"); *Suntrust Bank v. Truzman*, 2010 WL 3359710, at *2 (M.D. Fla. August 6, 2010) (determining that because a default was properly entered, the plaintiff is deemed to have admitted the allegations made in plaintiff's complaint); see also Fed. R. Bankr. P. 7055 (making applicable Federal Rule of Civil

2

86176855;1

Procedure 55; stating that a default is entered when the defendant fails to answer the complaint in the required time period).

7.      Given the substantial, undisputed proof set forth in the Complaint establishing that TCF was unjustly enriched by the Transfer, **JUDGMENT** is hereby entered against TCF as follows:

8.      Final Judgment is hereby entered in favor of the Trustee and against Defendant, TCF Associates, LLC.

9.      The Transfer is hereby avoided and Defendant, TCF Associates, LLC, is ordered to turn over **$14,825.00** to the Trustee for the benefit of the bankruptcy estate.

10.      Plaintiff, Aaron R. Cohen, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc., whose mailing address is P.O. Box 4218, Jacksonville, FL 32201-4218, shall recover from Defendant, TCF Associates, LLC, whose last known address is Attn. Lena Didier, its Registered Agent, 118 McClellan Way, Summerville, SC 29483, the sum of **$14,825.00**, that shall bear interest at the rate provided by 28 U.S.C. § 1961 for which let execution issue.

Copies to:

Raye C. Elliott, Esq.
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
*Attorney for Plaintiff, Aaron R. Cohen,*
*Chapter 7 Trustee*

TCF Associates, LLC,
Attn. Lena Didier, its Registered Agent
118 McClellan Way
Summerville, SC 29483

86176855;1